81,867-01

I, Cory Dale Morgan TDC# 1826425
RE: WR-81,867-01

am informing you of an address change
+ would like you to Forward all Mail
to- O.L. Luther Unit
   1800 Luther Drive
   Navasota, Tx 77868

Thank you For you Time

Respectfully Submitted X _____

Apr. 13, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 16 2015

Abel Acosta, Clerk